United States District Court

Eastern District of California

Harvey Eugene Larson,

    Plaintiff,      No. Civ. S 05-0364 MCE PAN P

 vs.      Order

Arnold Schwarzenegger,

    Defendant.

-oOo-

Plaintiff seeks leave to commence a civil rights action in forma pauperis. The complaint is identical to plaintiff's complaint in <u>Larson v. Schwarzenegger</u>, No. Civ. S 05-0007 GEB PAN P. Accordingly, the Clerk of the Court is directed to close this case.

So ordered.

Dated: June 2, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge